# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Herman Harris, Jr.,

       Plaintiff,

                             **Case No. 2:17-cv-872**

   v.                       **Judge Michael H. Watson**

                             **Chief Magistrate Judge Elizabeth P. Deavers**

Aramark Incorporation,
*et al.*,

       Defendants.

## ORDER

On August 30, 2019, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that Plaintiff Herman Harris Jr.'s claims against Defendant Brad Gillespie be dismissed without prejudice for failure to timely effect service.  R&R, ECF No. 53.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* The R&R further advised the parties that the failure to object to the R&R within fourteen days (or seventeen days if served by mail) would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. ECF No. 53. The Clerk is **DIRECTED** to terminate Brad Gillespie as a Defendant.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON**
**UNITED STATES DISTRICT JUDGE**